Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Moises Govea

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moises Govea,<br><br>           Plaintiff,<br><br>v.<br><br>Credit One Bank,<br><br>           Defendant. | **Case No.: 3:16-cv-01945-AJB-MDD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. ANTHONY J. BATTAGLIA** |

Plaintiff MOISES GOVEA, hereby moves this Court to dismiss the above entitled action without prejudice pursuant to code FRCP 41(a).

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.  This court retains jurisdiction for purposes of settlement.

Dated: July 24, 2017                                           **HYDE & SWIGART**

                                                                             By: /s/ Joshua B. Swigart
                                                                                  Joshua B. Swigart, Esq.
                                                                                  *Attorney for Plaintiff*